**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTH CAROLINA,<br><br>*Plaintiff*,<br><br>v.<br><br>BRYAN STIRLING, in his official capacity as Executive Director of the South Carolina Department of Corrections,<br><br>*Defendant*. | Case No. 3:24-cv-906-JDA<br><br><br>**PLAINTIFF'S LOCAL RULE 26.01 INTERROGATORY RESPONSES** |

Plaintiff, by and through its attorneys, hereby respond to Local Rule 26.01 Interrogatories as follows:

  A. State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**RESPONSE: None**

  B. As to each claim, state whether it should be tried jury or nonjury and why.

**RESPONSE: All claims should be tried nonjury.**

  C. State whether the party submitting these responses is a publicly-owned company and separately identify, (1) any parent corporation and any publicly-held

corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**RESPONSE:  Plaintiff is not a publicly-owned company; it has no parent corporations or stock owners; it is not a parent company of any publicly-owned companies; and it does not own shares of any publicly-owned companies.**

      D.      State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). *See* Local Civil Rule 3.01 (D.S.C.).

**RESPONSE:  Venue is proper in the Columbia division under Local Rule 3.01 because that is where the parties reside and where a substantial portion of the events or omissions giving rise to the claims occurred.**

      E.      Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal?  If so, provide, (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases that *may be* related regardless of whether they are still pending.  Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**RESPONSE:  This case is related to *Sofia Cano v. Bryan Stirling, et al.*, Civil Action No. 9:22-cv-04247-JDA-MHC. In that matter, Ms. Cano—represented by the Plaintiff here—alleges that the South Carolina Department of Corrections is**

**violating the Eighth Amendment and Title II of the Americans with Disabilities Act by categorically denying access to hormone therapy and other gender-affirming accommodations. Plaintiff ACLU-SC is counsel for Ms. Cano in the related matter, and here seeks authority to,** *inter alia*, **publish Ms. Cano's speech about her experience in SCDC custody.**

(F)    [Defendants only.] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**RESPONSE: Not applicable**

(G)    [Defendants only.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**RESPONSE: Not applicable**

Respectfully submitted,

Date:  February 22, 2024

ACLU OF SOUTH CAROLINA

*/s Allen Chaney*

Allen Chaney
P.O. Box 1668
Columbia, SC 29202
Tel: (843) 282-7953
achaney@aclusc.org

**AMERICAN CIVIL LIBERTIES UNION**

Emerson J. Sykes*
Speech, Privacy, and Technology Project
125 Broad Street, 18th Floor
New York, NY 11230
Tel: (212) 549-2500
esykes@aclu.org

David C. Fathi**
National Prison Project
915 15th Street NW, 7th Floor
Washington, DC 20005
Tel: (202) 548-6603
dfathi@aclu.org

Corene T. Kendrick*
National Prison Project
425 California St., Ste 700
San Francisco, CA 94104
Tel: (202) 393-4930
ckendrick@aclu.org

Attorneys for Plaintiff

\* Motions for admission pro hac vice forthcoming

\** Motion for admission pro hac vice forthcoming; not admitted in DC, practice limited to federal courts.