

HENRY McMASTER, Governor
BRYAN P. STIRLING, Director

August 30, 2023

James M. Griffin, Esquire
Griffin Humphries
4408 Forest Drive, Suite 300
Columbia, SC 29206

RE:   Recent Internal Disciplinary Infractions of Richard Alexander Murdaugh, #390394

Dear Mr. Griffin:

　　　As you are probably aware, your client was recently convicted of an internal disciplinary infraction related to your June 10, 2023, telephone conversation with him where Mr. Murdaugh was reading excerpts from a journal he maintained during the Colleton County trial. In our Inspector General's interview of Mr. Murdaugh, he indicated that you recorded those journal entries and provided them to the media. Inmates in the custody of the S.C. Department of Corrections are not allowed to participate in interviews of this nature.

　　　Your actions, whether you intended or not, assisted Mr. Murdaugh in violating our policy and could jeopardize your telephonic communications with him in the future. Attorney calls are provided to assist with legal claims, not for other unrelated purposes. I am hopeful that this letter will put you on notice and caution you to refrain from further actions of this nature.

　　　Thank you for your attention to this matter. Please do not hesitate to contact me or our General Counsel should you have any questions or need further clarification.

Sincerely,

Dennis R. Patterson, Sr., Assistant Deputy Director of Operations
South Carolina Department of Corrections

cc: Richard A. Harpootlian, Esquire