## SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
### INCIDENT REPORT

Page 1 of 1

| | |
|---|---|
| Institution/Center: ███ Correctional Institution | Date of Report: Aug 14th, 2023 (Disc) |
| Reporting Official (Full Name): Warden ███ | Time of Report: 12:15 PM |
| Employee ID #: ███ | Date of Incident: Aug 9th, 2023 |
| Location of Incident: ███ | Time of Incident: Approx 2:25 PM |

| Inmate(s)/Resident: | SCDC # | Age: | Sex: | Race: | Employee(s)/Witnesses Involved: |
|---|---|---|---|---|---|
| 1. Murdaugh, Richard | 390394 | | | | 1. |
| 2. ███ | | | | | 2. |
| 3. | | | | | 3. |
| 4. | | | | | 4. |
| 5. | | | | | 5. |

**On the above date and approximate time:**

I, Warden ███ was reviewing phone calls on 8-14-23 (Discovery). On 8-9-23 at approximately 2:25 PM a call was made to ███ by inmate ███ pin number. On the call I recognized the voice of Richard Murdaugh 390394. Inmate Murdaugh stated he is using someone else's pin number because his is not working.

| | |
|---|---|
| Sign ███ | Title: Warden |
| Evid ███ | |
| Disposition of Evidence: | |

| Supervisor's Comments: | STG Related - Refer to STG Committee |
|---|---|
| Refer to Major | ☐ Yes   ☑ No   ☐ Unknown |
| Printed Name: ███ | This incident is DRUG related |
| Signature: ███   Title:   Date/Time: | ☐ Yes   ☑ No   ☐ Unknown |
| Major/Responsible Authority: 853 | **Responsible Authority** **Action Taken** |
| Printed Name ███ | ☐ Informal Resolution |
| Signature: ███ | ☑ Administrative Resolution |
| | ☐ Refer to Disciplinary Hearing |

SCDC Form 19-29A (Rev. January 2005)

Exhibit E -- (p. 1)