SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
**INCIDENT REPORT**

Page 1 of 1

| | |
|---|---|
| Institution/Center: ▮ Correctional Institution | Date of Report: Aug 15th, 2023 (Disc) |
| Reporting Official (Full Name): Warden ▮ | Time of Report: Approx 9:30 AM |
| Employee ID #: ▮ | Date of Incident: Aug 15th, 2023 |
| Location of Incident: ▮ | Time of Incident: Aprox 8:00 AM |

| Inmate(s)/Resident: | SCDC # | Age: | Sex: | Race: | Employee(s)/Witnesses Involved: |
|---|---|---|---|---|---|
| 1. Murdaugh Richard | 390394 | | | | 1. |
| 2. | | | | | 2. |
| 3. | | | | | 3. |
| 4. | | | | | 4. |
| 5. | | | | | 5. |

On the above date and approximate time:

On August 15th, 2023 (Discovery) I, Warden ▮ received a report from the Office of the Inspector General regarding an interview conducted on August 9th, 2023 at approximately 1:30 PM by the Inspector General regarding reports that inmate Richard Murdaugh 390394 participated in an interview with Fox Nation for an upcoming documentary entitled "The Fall of the House of Murdaugh." During the interview inmate Murdaugh's attorney, Jim Griffin, stated he conducted an interview for the news media which he recorded and provided to the production company. Inmate Murdaugh willingly and knowingly abused his telephone privileges to communicate with the news media for his own gain.

Signature: ▮     Title: Warden

Evidence: ▮

Disposition of Evidence:

| Supervisor's Comments: | STG Related - Refer to STG Committee |
|---|---|
| Refer to Major | ☐ Yes   ☑ No   ☐ Unknown |
| Printed Name: ▮ | This incident is DRUG related |
| Signature: ▮ | ☐ Yes   ☑ No   ☐ Unknown |
| Major/Responsible Authority: | **Responsible Authority Action Taken** |
| 847 - Abuse of Privileges | ☐ Informal Resolution |
| Printed Name: ▮ | ☑ Administrative Resolution |
| Signature: ▮ | ☐ Refer to Disciplinary Hearing |

SCDC Form 19-29A (Rev. January 2005)