

# SCDC POLICY

CHANGE 1 TO OP-22.53: 3.18.8

NUMBER: OP-22.53

TITLE: INMATE TABLETS AND KIOSKS

ISSUE DATE: JULY 27, 2021

RESPONSIBLE AUTHORITY: OFFICE OF THE DEPUTY DIRECTOR OF OPERATIONS

POLICY MANUAL: OPERATIONS

SUPERSEDES: NONE - NEW POLICY

RELEVANT SCDC FORMS/SUPPLIES:  2-6, 19-204, 19-214

ACA/CAC STANDARDS:

STATE/FEDERAL STATUTES:

PURPOSE:   To provide information about the use of South Carolina Department of Corrections (SCDC) inmate tablets and kiosks.  The purpose of the inmate tablets and kiosks is to prepare offenders for reentry by facilitating access to education and programming, and helping offenders regain and maintain family bonds.  This Policy will govern the use of inmate tablets and kiosks, and explain the rules and sanctions that can be imposed if an inmate tablet or kiosk is misused,or intentionally abused/damaged, or accidentally damaged.  Use of the inmate tablet or kiosk is a privilege and not a right.  Loss of this privilege is not grievable.

POLICY STATEMENT:  The South Carolina Department of Corrections provides inmate tablets and kiosks for offender use to increase access to educational and other resources that promote appropriate behavior and reduce recidivism, and regulates the use of the tablets and kiosks as necessary to maintain safety and security.  Inmates who abuse tablet or kiosk privileges may be suspended from tablet or kiosk use and may be subject to disciplinary action under the provisions of SCDC Policy OP-22.14, "Inmate Disciplinary System."

### TABLE OF CONTENTS

1. **INMATE TABLET ISSUANCE AND REPAIR**
2. **INMATE PINS**
3. **RULES FOR USE OF INMATE TABLETS/KIOSKS**
4. **TABLET USAGE IN RHU**
5. **RULES FOR EXTERNAL USERS**

Exhibit I -- (p. 1)

6. **DEFINITIONS**

**SPECIFIC PROCEDURES:**

**1.  INMATE TABLET ISSUANCE AND REPAIR:**

**1.1**  Inmates will either be issued an inmate tablet upon arrival at an SCDC institution or shared tablets will be made available on charging carts in the institutional living areas. Inmates must agree to the Inmate Tablet Usage Agreement (SCDC Form 19-204) to proceed when signing in to the tablet.

**1.2**  The rules and regulations for use of the inmate tablet shall be explained to the inmate upon receipt or during orientation at his or her institution. An inmate may possess only one inmate tablet device.

**1.3**  At institutions where inmates are assigned tablets, the SCDC number and name of the inmate to which each tablet is issued is stored in the tablet management system. Inmates may only log in to the tablet that has been assigned to them. This is intended to reduce disputes over ownership of an inmate tablet device. Inmate tablet devices will not be engraved as engraving will damage the device.

**1.4**  The inmate's assigned tablet will not transfer from institution to institution with the inmate. If transferring to a location where the inmate tablet program has not been implemented, the inmate will not be given a refund for any entertainment subscriptions that they have purchased.

**1.5**  If an inmate's assigned tablet is not functioning properly, the inmate must complete an inmate telephone/kiosk/tablet trouble report using either the inmate request to staff system from a kiosk or using SCDC Form 2-6, "Inmate Telephone Trouble Form." If the inmate tablet must be sent to GTL for repair, the inmate will be issued a replacement tablet but will not be given a refund for any entertainment subscriptions.

**1.6**  Inmates will be allowed to purchase ear buds and wall chargers for the inmate tablets via the canteen. An inmate is only allowed to have one of each accessory in his or her possession.

**1.7**  Upon release, an inmate will turn in their assigned inmate tablet. No refunds will be given for unused entertainment subscriptions, but any funds transferred to the tablet account but not spent on subscriptions will be refunded to the inmate upon release.

**1.8**  Each institution will have a GTL site administrator to handle inmate tablet concerns and to issue devices. The site administrator will also serve as the liaison between the institution, GTL, and the Division of Resource and Information Management.

**1.9**  SCDC will not incur any costs associated with inmate tablets and kiosks, as all inmate tablet and kiosk hardware and software is provided by the vendor as part of the contract in exchange for the opportunity to sell entertainment subscription services to the inmate population.

**2. INMATE PINS:**

Exhibit I -- (p. 2)

**2.1**  Each inmate will be provided a Personal Identification Number (PIN) while at an SCDC Reception and Evaluation Center.

**2.2**  Inmates will log into the inmate tablets and kiosks using their 10 digit PIN.

**2.3**  Inmates may report trouble with PINs by completing SCDC Form 2-6, "Inmate Telephone Trouble Form," and submitting it to the site administrator.

**3. RULES FOR USE OF INMATE TABLETS/KIOSKS:**

**3.1**  Inmate tablets and kiosks will be utilized only for authorized purposes, including access to the secure messaging system, telephone calls, requests to staff, canteen ordering, law library (Westlaw), SCDC provided documents/notices, entertainment subscriptions (music, movies, games, books, etc.), and educational resources.

**3.2**  Inmate tablets and kiosks may be used only during hours designated by the Warden, and may not be used during official count times.

**3.3**  An inmate may have inmate tablet and/or kiosk privileges suspended as a disciplinary sanction or when placed in restricted housing or other forms of segregation. Privilege restrictions may be placed on telephone calls and/or entertainment options while allowing access to educational content, law library materials, etc. No refund will be given for entertainment subscriptions when an inmate loses entertainment or tablet privileges.

**3.4**  Inmates shall not allow other inmates to use their PIN to access an inmate tablet or kiosk for any purpose, including sharing of entertainment subscription content.

**3.5**  Inmates shall not use another inmate's PIN to access an inmate tablet or kiosk for any purpose, including sharing of entertainment subscription content.

**3.6**  At no time shall an inmate possess another inmate's tablet.

**3.7**  At no time shall the inmate corrupt or attempt to corrupt any files on the tablet or kiosk.

**3.8**  The inmate shall not attempt to install or use any equipment, lines, cable, or software on the tablet or kiosk.

**3.9**  The inmate will be responsible for anything found on their tablet.

**3.10**  The inmate will abide by all South Carolina Department of Corrections policies and procedures for inmate use of computers.

**3.11**  It is the inmate's responsibility to immediately report any damage or theft of their tablet to staff.

**3.12**  Inmate tablets are only to be used in authorized areas.

**3.13**  Inmates will not use the secure messaging system to request any information be placed on social media.

Exhibit I -- (p. 3)

**3.14**  Inmates shall not request secure message contents to be forwarded, sent, or mailed to others.

**3.15**  Inmates shall not use the secure messaging system to request or send information on behalf of or about another inmate.

**3.16**  All communications sent or received via an inmate tablet or kiosk are subject to inspection and review for security reasons, and neither the sender, nor receiver, has an expectation of privacy in any of these communications. Because of the need for such inspections, communications may not be received by the intended recipient on the same day as sent by the sender.

**3.17**  Disciplinary convictions by the Major/Responsible Authority or DDO for violations of the above rules may result in disciplinary sanctions to include any of the following:

> **3.17.1**  Suspension of inmate tablet entertainment privileges;
>
> **3.17.2**  Suspension of inmate telephone privileges;
>
> **3.17.3**  Loss of access to an inmate tablet;
>
> **3.17.4**  Loss of access to an inmate kiosk.
>
> **3.17.5**  Length of suspension will be as follows:
>
>> **3.17.5.1**  Level 1 disciplinary: 90 days.
>>
>> **3.17.5.2**  Level 2 disciplinary: 60 days.
>>
>> **3.17.5.3**  Level 3 disciplinary: 30 days.

**3.18**  The following may result in the loss of all tablet and/or kiosk privileges for an extended period of time as determined by the Warden. Inmates with an extended loss of of the tablet shall be reviewed at least annually to determine the continued need for the loss of the tablet and/or kiosk.:

> **3.18.1**  Damaging and/or tampering with any inmate tablet. Privileges will be lost and a restitution obligation will be placed on the inmate's trust account equal to the cost to SCDC for the device, currently $249.99.
>
> **3.18.2**  Loss of an inmate tablet. A restitution obligation will be placed on the inmate's trust account equal to the cost to SCDC for the device, currently $249.99.
>
> **3.18.3**  Misuse of an inmate tablet. This includes using the device to hide contraband or a weapon, or attempting to cause or causing intentional damage to the device.
>
> **3.18.4**  Misuse of an inmate kiosk. This includes using the device to hide contraband or a weapon, or attempting to cause or causing intentional damage to the kiosk, kiosk screen, or kiosk keyboard/trackball.
>
> **3.18.5**  Use of another inmate's GTL account or PIN for any reason, or allowing the use of one's own GTL account or PIN by another inmate for any reason.

Exhibit I -- (p. 4)

**3.18.6**  A finding of guilty for any Level 1 or 2 disciplinary offense may result in suspension of inmate tablet and/or secure messaging and entertainment subscription privileges.

**3.18.7**  Attempting to contact his/her registered victim(s) and/or witness(es).

***3.18.8 Attempting to misuse the tablet/kiosk to communicate with any persons other than presccribed in the system's intended use.***

**3.19** If the Major or responsible authority determines that an inmate accidentally damaged their tablet, they may offer the inmate the option of paying for the cost of the tablet and not receiving a disciplinary for the damaged tablet. Upon this determination, the inmate must have sufficient funds in his/her E.H. Cooper Account ($249.99) to pay for the restitution. SCDC Form 19-214, "Restitutions For Damaged Or Destroyed Tablet," shall be completed and submitted to the Business Manager in order to freeze the account. The inmate may be issued a replacement tablet when the funds are paid.

**4. TABLET USAGE IN RHU:**

**4.1**  When inmates are assigned to RHU, their tablet will be inventoried with their other property and placed in the property room.

**4.2**  Each RHU will have shared tablets accessible during normal weekday working hours and will be distributed by RHU staff upon request and as available. Access to shared tablets in RHU is limited to no more than 4 hours per day.

**4.3**  Inmates in RHU populations assignments will not have access to their entertainment subscriptions and will be limited to certain approved applications to include Westlaw law library, educational programs, eBooks, secure messaging, phone (provided the inmate has phone privileges) and requests to staff.

**4.4**  Any inmate that damages the RHU issued tablet will be charged with the cost of repair/replace and their tablet privilege in RHU will be restricted. If an inmate is issued a damaged tablet, it is his/her responsibility to immediately notify the officer issuing the tablet.

**5.  RULES FOR EXTERNAL USERS:**

**5.1**  Friends and family members may be suspended or revoked from utilizing secure inmate messaging for violations of the Service Terms and Conditions.

**6.  DEFINITIONS:**

**GTL -**  The authorized contractor for the installation and maintenance of inmate kiosks and tablets at SCDC institutions.

**GTL Account -**  A GTL account is an inmate account that allows inmates to pay for phone calls or buy a variety of GTL tablet-related services such as streaming music, movies, and games available at their facilities. Rather than using dollars and cents, GTL accounts use a form of currency called units to enable inmates to pay for these services.

Exhibit I -- (p. 5)

**Inmate Kiosk -** An electronic stationary device installed at an SCDC institution for use by offenders for sending and receiving secure messages, filing requests to staff, access to legal research materials, creating canteen shopping carts, and accessing SCDC provided documents.

**Inmate Tablet -** An electronic mobile device used by offenders for educational purposes, telephone calls, access to entertainment services, sending and receiving secure messages, filing requests to staff, access to legal research materials, creating canteen shopping carts, and accessing SCDC provided documents. This device is also known as a GTL tablet.

**PIN -** Personal Identification Number (PIN) provided to each inmate while at an SCDC Reception and Evaluation Center.

**Secure Messages -** Correspondence sent electronically over an authorized network through an inmate kiosk or tablet.

**SIGNATURE ON FILE**

_____
**s/Bryan P. Stirling, Director**

_____
**Date of Signature**

**ORIGINAL SIGNED COPY MAINTAINED IN THE OFFICE OF POLICY DEVELOPMENT.**

Exhibit I -- (p. 6)