AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| American Civil Liberties Union Foundation of South Carolina (ACLU-SC)<br><br>*Plaintiff(s)*<br>v.<br>Bryan Stirling, in his official capacity as executive director of South Carolina Department of Corrections<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  3:24-cv-906-JDA<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bryan Stirling
P. O. Box 21787
4444 Broad River Road
Columbia, SC 29210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Allen Chaney
ACLU of South Carolina
P.O. Box 1668
Columbia, SC 29202
864-372-6681
achaney@aclusc.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ROBIN L. BLUME, CLERK OF COURT*



Date: February 23, 2024

s/ Amanda D. Hilley
*Signature of Clerk or Deputy Clerk*