IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| American Civil Liberties Union Foundation of South Carolina, | ) | Civil Action No. 3:24-cv-906-JDA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | CONSENT MOTION FOR |
| Bryan Stirling, in his official capacity as Executive Director of the South Carolina Department of Corrections, | ) | ENLARGEMENT OF TIME |
| | ) | |
| Defendant. | ) | |

Pursuant to Local Civil Rule 6.01 (D.S.C.), Defendant moves for an order extending the deadline to respond to the Plaintiff's Motion for a Preliminary Injunction. Counsel for Plaintiff has consented to this requested extension. In support of this motion, Defendant states as follows:

1. According to PACER, the current deadline to file an opposition memorandum was March 8, 2024. (Dkt. No. 4.)

2. This deadline has not previously been extended.

3. Pursuant to Local Civil Rule 12.01 (D.S.C.), the parties agreed in writing to extend Defendant's deadline to respond to the Complaint until April 2, 2024. As part of that agreement, Plaintiff consented to extend Defendant's deadline to respond to the motion to April 2, 2024, as well.

4. If granted, this extension would not affect any other deadlines in this case.

Accordingly, Defendant respectfully requests that the Court extend the deadline for Defendant to file its opposition to the Plaintiff's Motion for a Preliminary Injunction to April 2, 2024.

Respectfully submitted,

WOMBLE BOND DICKINSON (US) LLP

By: /s/ Kevin A. Hall
    Federal Bar No. 5375
    kevin.hall@wbd-us.com
    M. Todd Carroll
    Federal Bar No. 9742
    todd.carroll@wbd-us.com
    1221 Main Street, Suite 1600
    Columbia, South Carolina 29201
    803.454.6504

    David M. Collins
    Federal Bar No. 223
    david.collins@wbd-us.com
    5 Exchange Street
    Charleston, South Carolina 29401
    843.722.3400

*Attorneys for Defendant Bryan Stirling, in his official capacity as Executive Director of the South Carolina Department of Corrections*

March 20, 2024