IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| American Civil Liberties Union Foundation of South Carolina, | ) | Civil Action No. 3:24-cv-906-JDA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MOTION TO DISMISS |
| | ) | |
| Bryan Stirling, in his official capacity as Executive Director of the South Carolina Department of Corrections, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Defendant, Bryan Stirling, in his official capacity as Executive Director of the South Carolina Department of Corrections, hereby moves for dismissal of the Complaint in this case pursuant to Rules 12(b)(1) and (6), FRCP, in that this Court lacks subject matter jurisdiction of this case and Plaintiff has failed to state a claim upon which relief can be granted:

1. This case presents no case or controversy or justiciable controversy.

2. The Plaintiff lacks standing to pursue the claims asserted in this case.

3. The Plaintiff's allegations do not support the relief requested under established principles of law.

For these reasons, all as more fully set forth in the accompanying Memorandum of Law, the Defendant asks that this case be dismissed in its entirety.

Respectfully submitted,

WOMBLE BOND DICKINSON (US) LLP

By: /s/ Kevin A. Hall
    Federal Bar No. 5375
    kevin.hall@wbd-us.com
    M. Todd Carroll
    Federal Bar No. 9742
    todd.carroll@wbd-us.com
    1221 Main Street, Suite 1600
    Columbia, South Carolina 29201
    803.454.6504

    David M. Collins
    Federal Bar No. 223
    david.collins@wbd-us.com
    5 Exchange Street
    Charleston, South Carolina 29401
    843.722.3400

*Attorneys for Defendant Bryan Stirling, in his official capacity as Executive Director of the South Carolina Department of Corrections*

April 2, 2024