# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTH CAROLINA,<br>*Plaintiff*<br>v.<br>BRYAN STIRLING, in his official capacity as Executive Director of the South Carolina Department of Corrections,<br>*Defendant* | )<br>)<br>)   Civil Action No.    3:24-cv-00906-JDA<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiff, American Civil Liberties Union Foundation of South Carolina, take nothing of the defendant, Bryan Stirling, in his official capacity as Executive Director of the South Carolina Department of Corrections, and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Jacquelyn D. Austin, US District Judge, presiding. The Court having heard and granted the defendant's motion to dismiss.

Date:   August 30, 2024                                         *ROBIN L. BLUME, CLERK OF COURT*

                                                                 s/Charles L. Bruorton
                                                                 _____
                                                                 *Signature of Clerk or Deputy Clerk*