# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| ACLU OF SOUTH CAROLINA;<br><br>            Plaintiff,<br><br>            v.<br><br>BRYAN STIRLING, in his official capacity as director of the South Carolina Department of Corrections;<br><br>            Defendant. | Case No. 3:24-cv-00906-JDA<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff American Civil Liberties Union Foundation of South Carolina (ACLU of South Carolina) seeks to appeal the Court's judgment and order denying Plaintiff's motion for preliminary injunction and granting Defendant's motion to dismiss, ECF Nos. 36 & 37, in the United States Court of Appeals for the Fourth Circuit.

Respectfully Submitted,

Date: September 9, 2024

**ACLU OF SOUTH CAROLINA**

*/s Allen Chaney*
Allen Chaney
Fed. Id. 13181
P.O. Box 1668
Columbia, SC 29202
Tel: (843) 282-7953
achaney@aclusc.org

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**

Emerson J. Sykes*
ACLU Speech, Privacy, and Technology Project
125 Broad Street, 18th Floor
New York, NY 11230
Tel: (212) 549-2500
esykes@aclu.org

David C. Fathi**
ACLU National Prison Project
915 15th Street NW, 7th Floor
Washington, DC 20005
Tel: (202) 393-4930
dfathi@aclu.org

Corene T. Kendrick*
ACLU National Prison Project
425 California St., Ste 700
San Francisco, CA 94104
Tel: (202) 393-4930
ckendrick@aclu.org


*Attorneys for Plaintiff*

\*  Admitted pro hac vice

\*\* Admitted pro hac vice; not admitted in D.C., practice limited to federal courts.